IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Visto Corporation d/b/a Good Technology, <br><br> Plaintiff, <br><br> v. <br><br> Fixmo U.S., Inc., <br><br> Defendants. | Civil Action No.  3:12-cv-00060 <br><br> **JURY TRIAL DEMANDED** |

**GOOD'S CERTIFICATE OF INTERESTED PERSONS
AND FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), Plaintiff Visto Corporation doing business as Good Technology ("Good") states that it does not have any parent corporation, and that no publicly held corporation owns 10% or more of Good's stock.  Good is not aware of any individuals or entities who are financially interested in the outcome of this case, other than:  (i) those individuals and/or entities who own stock in Good; (ii) Fixmo U.S., Inc., and any individuals and/or entities who own stock in Fixmo U.S., Inc.; and (iii) Little Red Wagon Technologies, Inc. (f/k/a LRW Digital, Inc. and LRW Digital Inc.) d/b/a LRW Technologies, Inc. and LRW Digital, Inc., and any individuals and/or entities who own stock in Little Red Wagon Technologies, Inc., to the extent that Little Red Wagon Technologies, Inc. is indemnifying Fixmo U.S., Inc. for Fixmo U.S., Inc.'s acts of infringement that form the basis for the above-referenced lawsuit.

1

DATED: January 9, 2012

Respectfully submitted,

By: *[signature]*

   Theodore Stevenson, III
     Texas State Bar No. 19196650
     tstevenson@mckoolsmith.com
   Steven Callahan
     Texas State Bar No. 24053122
     scallahan@mckoolsmith.com
   Ashley N. Moore
     Texas Bar No. 24074748
     amoore@mckoolsmith.com
   McKool Smith, P.C.
   300 Crescent Court, Suite 1500
   Dallas, Texas 75201
   Telephone: (214) 978-4000
   Telecopier: (214) 978-4044

Steven J. Pollinger
  Texas State Bar No. 2411919
  spollinger@mckoolsmith.com
Geoffrey L. Smith
  Texas State Bar No. 24041939
  gsmith@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

*Counsel for Plaintiff Visto Corporation d/b/a Good Technology*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically pursuant to LR 5.1(d) on January 9, 2012. As such, this document was served on each party who is a registered user of ECF.

                                                        /s/ Steven Callahan
                                                        Steven Callahan