IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VISTO CORPORATION d/b/a GOOD TECHNOLOGY,<br><br>　　　　　Plaintiff,<br>v.<br><br>FIXMO U.S., INCORPORATION,<br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:12-CV-60-P |

## ORDER

The Court was randomly assigned case number 3:12-CV-60-P on January 6, 2012 which involves patent infringement claims. The Northern District of Texas has elected to participate in the Patent Pilot Program. Per Special Order No. 3-287, the Court declines to accept the instant case and directs the clerk's office to reassign it to a designated patent judge.

**IT IS SO ORDERED.**

Signed this _9th_ day of January, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JORGE A. SOLIS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE