# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| VISTO CORPORATION d/b/a GOOD TECHNOLOGY, | § § § | |
| Plaintiff, | § | Civil Action No. 3:12-CV-60-M |
| | § | |
| v. | § § | |
| FIXMO, U.S., INC., | § § | |
| Defendant. | § § § § § | |

## ORDER

Plaintiff Visto Corporation, d/b/a Good Technology, shall advise the Court within ten (10) days of the date of this Order whether Plaintiff intends to pursue its claims in this case in light of the pendency of 3:11-cv-2372-M.

**SO ORDERED.**

Date: August 8, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS